**PUBLISHED**

Filed: September 22, 2005

# UNITED STATES COURT OF APPEALS

## FOR THE FOURTH CIRCUIT

UNITED STATES OF AMERICA ex rel.
KAREN T. WILSON,

*Plaintiff-Appellant,*

v.

GRAHAM COUNTY SOIL & WATER
CONSERVATION DISTRICT; CHEROKEE
COUNTY SOIL & WATER
CONSERVATION DISTRICT; RICHARD
GREENE; WILLIAM TIMPSON; KEITH
ORR; RAYMOND WILLIAMS; DALE
WIGGINS; GERALD PHILLIPS; ALLEN
DEHART; LLOYD MILLSAPS; JERRY
WILLIAMS; BILLY BROWN; LYNN
CODY; BILL TIPTON; C. B. NEWTON;
EDDIE WOOD; GRAHAM COUNTY,

*Defendants-Appellees,*

and

GRAHAM COUNTY BOARD OF COUNTY
COMMISSIONERS; CHEROKEE COUNTY
BOARD OF COUNTY COMMISSIONERS;
CHERIE GREENE; RICKY STILES; BETTY
JEAN ORR; JOYCE LANE; JIMMY ORR;
EUGENE MORROW; CHARLES LANE;
CHARLES LANEY; GEORGE POSTELL;
LLOYD KISSLEBURG; TED ORR;
BERNICE ORR; JOHN DOE; JOHN DOE
CORPORATIONS, and defendant;
GOVERNMENT ENTITIES 1-99,

*Defendants.*

No. 03-1122

**ORDER**

This case comes to us on remand from the Supreme Court. *Graham County Soil & Water Conservation Dist. v. United States*, 125 S. Ct. 2444 (2005). In accordance with that decision, we in turn remand the case to the district court with directions to dismiss it as time-barred under North Carolina's three-year statute of limitations for wrongful discharge. *See* N.C. Gen. Stat. § 1-52(5) (2003); *Renegar v. R.J. Reynolds Tobacco Co.*, 549 S.E.2d 227, 229 (N.C. Ct. App. 2001).

Entered at the direction of Judge Wilkinson, with the concurrence of Judge Michael and Judge Duncan.

For the Court - By Direction

/s/ Patricia S. Connor
Clerk